# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Erwin Quinanola | ) | |
| Ivy Quinanola, | ) | CASE NO.  11-25768 |
| | ) | CHAPTER 13 |
| Debtor(s). | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

On April 26, 2013, at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Presiding Judge in Room 682, at 219 South Dearborn, Chicago, Illinois, and shall then and there present this Motion For ENTRY OF FINAL DECREE

/s/ Chad M. Hayward_____
CHAD M. HAYWARD
205 W. Randolph, Suite 1310
Chicago, Illinois  60654
(312) 867-3640

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served this notice with its attachment electronically to the trustee and by mailing a copy to the debtor at the above listed address by depositing the same in the U.S. Mail at 205 W. Randolph, Suite 1310, Chicago, IL 60654 on April 20, 2013.

/s/ Chad M. Hayward_____

## SERVICE LIST

American Honda Finance
P.O. Box 105027
Atlanta, GA 30348-5027

BAC Home Loan Servicing. LP
PO Box 650070
Dallas, TX 75265-0070

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Cap One
P.O. Box 6492
Carol Stream, IL 60197-6492

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Illinois Department of Revenue
C/O Bankruptcy Department
100 West Randolph, Level 7 Rm 425
Chicago, IL 60601

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Macy's/FDSB
9111 Duke Blvd.
Mason, OH 45040

Navy Federal Creduit Union
Central Park Plaza
1140 Central Park Dr.
O Fallon, IL 62269

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Erwin Quinanola | ) | |
| Ivy Quinanola, | ) | CASE NO.  11-25768 |
| | ) | CHAPTER 13 |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF A FINAL DECREE

NOW COMES the Debtors, by and through their attorney, CHAD M. HAYWARD, and in support of her Motion FOR ENTRY OF FINAL DECREE states as follows.

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On June 20, 2011, the Debtor filed a voluntary petition for relief under Chapter 11 of the bankruptcy code.

3. On November 6, 2012, the Debtors confirmed a plan of reorganization.

4. Debtors have made distributions as required under the plan, and submitted a Post-Confirmation report, which is attached as Exhibit A.

5. Debtors now ask this Court to enter an order of final decree.

WHEREFORE, the Debtor, Erwin Quinanola and Ivy Quinanola, prays that this Honorable Court enter an Order of Final Decree on their Chapter 11 plan of reorganization, and for such other relief as this Court deems fair and equitable.

                                            Respectfully Submitted,

                            By:    /s/ Chad M. Hayward
                                  Attorney for Debtor

Chad M. Hayward
Atty. No. 6280182
205 W. Randolph
Suite 1310
Chicago, IL  60606
312.867.3640