UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    11-25768 |
| Erwin Quinanola and Ivy Quinanola | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order For Final Decree**

This matter, coming before the Court on Debtors' Motion to enter a final Decree, it is hereby ordered:

1. Debtors' Motion is granted in its entirety.

2. This Chapter 11 Case is hereby closed for all purposes (including for purposes of calculating U.S. Trustee fees) pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, and a final decree is hereby granted for the Chapter 11 Case.

3. The Reorganized Debtors are not required to file with the Court or serve on the U.S. Trustee a final report.

4. This order shall be immediately effective and enforceable upon its entry without any stay of its effectiveness.

5. This Court retains Jurisdiction with respect to all matters arising from or related to the implementation of this Order, including to hear and determine all matters relating to the Chapter 11 Cases and the Plan, without prejudice to the Reorganized Debtors' right to reopen its Chapter 11 Case.

Enter:

United States Bankruptcy Judge

AUG 0 1 2013

Dated: 8/1/13

**Prepared by:**
Chad M. Hayward
205 W. Randolph
Suite 1310
Chicago, IL 60606

Rev: 20130103_bko